STEPHEN J. GOROG (SBN 207788)
LAW OFFICE OF STEPHEN J. GOROG
180 Montgomery Street, Suite 940
San Francisco, CA 94104
(415) 986-1338

ATTORNEY FOR
Tessa Winterberger

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORIA

OAKLAND DIVISION

| | |
|---|---|
| TESSA WINTERBERGER,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICA WEST AIRLINES, INC., and DOES 1-10<br><br>  Defendants. | Case No.: C 05-03807 MJJ<br>Order granting:<br>STIPULATION OF DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)] |

WHEREAS the parties to this action have fully and finally resolved all issues set forth in this case.

IT IS HEREBY STIPULATED by and between the undersigned for the parties that this action is hereby dismissed with prejudice in its entirety.

IT IS FURTHER STIPULATED by and between the parties through their designated counsel that each party bear their own attorneys' fees and costs.

DATED: February 7, 2006         LAW OFFICE OF STEPHEN J. GOROG

                                _____
                                Stephen J. Gorog, attorney for Tessa Winterberger

DATED: February 7, 2006         KENNEY & MARKOWITZ

                                _____
                                Jennifer M. Joaquin, attorney for America West Airlines, Inc.

1

Case No. 05-03807 MJJ         STIPULATION OF DISMISSAL

IT IS SO ORDERED,

2/15/2006                      _____
                               U.S. District Court Judge